# UNITED STATES DISTRICT COURT

# STATE OF NEVADA

| | |
|---|---|
| JAIME VILLA, an Individual, | ) |
| Plaintiffs, | ) Case No. 3:21-cv-00417-RCJ-WGC |
| vs. | ) |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, an insurance company, DOES I through X, inclusive, | ) **ORDER TO DISMISS WITHOUT PREJUDICE** |
| Defendant. | ) |

Pursuant to FRCP 41(a)(2), the parties, by and through their respective counsel, hereby stipulate to dismiss this action without prejudice pursuant to the arbitration agreement enter into by the parties on May 11, 2022.

///

//

///

//

///

//

1

The parties further waive the provision of FRCP 41(d) in the event of a subsequent action is filed pursuant to the provision of the Arbitration Agreement.

DATED this 12th day of May 2022.

DATED this 12th day of May 2022.

KIDWELL & GALLAGHER, LTD.

/s/ 

BARBARA W. GALLAGHER, ESQ.
Nevada Bar No. 005315
790 Commercial Street
Elko, Nevada 89801
Attorney For Plaintiff
JAIME VILLA

RANALLI, ZANIEL, FOWLER MORAN

/s/

DAVID M. ZANIEL, ESQ.
Nevada Bar No. 7962
50 West Liberty Street, Suite 1050
Reno, Nevada 89501
Attorney for Defendant PROGRESSIVE DIRECT INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATE: July 15, 2022.